## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ROY HOLMES;  TINA ALEXANDER;
PATRICK NORRIS;  and MELISSA
GARNER, Each Individually and on
Behalf of All Others Similarly Situated                    PLAINTIFFS

v.                                    No. 4:20-cv-191-DPM

STETSON COURIER, INC.,
and JOHN STETSON                                          DEFENDANTS

MICHAEL HAMES, JR.;  MICHAEL
E. HAMES;  and JAMES KENLEY,
Each Individually and on Behalf
of All Others Similarly Situated                          PLAINTIFFS

v.                                    No. 3:21-cv-218-DPM

STETSON COURIER, INC.,
and JOHN STETSON                                          DEFENDANTS

### ORDER

For the reasons stated on the record at the pretrial conference, Stetson's motion for findings of fact and conclusions of law, *Doc. 82*, is denied.   The Court appreciates the parties' proposed trial plans. Pretrial information sheets due 23 November 2022.  We'll start the trial at 9:30 a.m. on 12 December 2022 and at 8:30 a.m. on the following days, subject to the carveouts mentioned on the record at the pretrial conference.  Each side will get ten hours for proof and argument.

So Ordered.

D.P. Marshall Jr.
United States District Judge

17 November 2022