IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROY HOLMES; TINA ALEXANDER;
PATRICK NORRIS; and MELISSA
GARNER, Each Individually and on
Behalf of All Others Similarly Situated                              PLAINTIFFS

v.                           No. 4:20-cv-191-DPM

STETSON COURIER, INC.,
and JOHN STETSON                                                     DEFENDANTS

MICHAEL HAMES, JR.; MICHAEL
E. HAMES; and JAMES KENLEY,
Each Individually and on Behalf
of All Others Similarly Situated                                     PLAINTIFFS

v.                           No. 3:21-cv-218-DPM

STETSON COURIER, INC.,
and JOHN STETSON                                                     DEFENDANTS

ORDER

The Court authorizes **Roy Holmes** to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold United States Courthouse in Little Rock for the trial scheduled to begin on **12 December 2022.**

The following rules apply to this access:

- The devices mentioned may not be used to record,

photograph, or film anyone or anything inside the courthouse.

- Cell phones, PDAs, tablets, and laptops must be turned off and put away when in the courtroom.

- Wireless internet components of all electronic devices must be deactivated when in the courtroom.

- Only counsel, and support staff at counsel table, may use laptops or tablets in the courtroom.

- Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to, placing the device through the electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

- The United States Marshals Service may further restrict electronic devices from entering the building if a threat so requires.

A violation of these rules may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

-3-

So Ordered.

*[signature: DPMarshall Jr.]*

D.P. Marshall Jr.
United States District Judge

<u>12 December 2022</u>