IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| ROY HOLMES; TINA ALEXANDER; PATRICK NORRIS; and MELISSA GARNER, Each Individually and on Behalf of All Others Similarly Situated | PLAINTIFFS |
| vs.   No. 4:20-cv-191-DPM | |
| STETSON COURIER, INC., and JOHN STETSON | DEFENDANTS |
| MICHAEL HAMES, JR.; MICHAEL E. HAMES; and JAMES KENLEY, Each Individually and on Behalf of All Others Similarly Situated | PLAINTIFFS |
| vs.   No. 3:21-cv-218-DPM | |
| STETSON COURIER, INC., and JOHN STETSON | DEFENDANTS |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Colby Qualls, counsel for Plaintiffs in the above-captioned matter, is no longer affiliated with Sanford Law Firm, PLLC. Colby Qualls is now affiliated with the law firm of Forester Haynie, PLLC, located at 400 North Saint Paul Street, Suite 700, Dallas, Texas, 75201, telephone: (214) 210-2100.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com