IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROY HOLMES; TINA ALEXANDER;
PATRICK NORRIS; and MELISSA
GARNER, Each Individually and on
Behalf of All Others Similarly Situated                                   PLAINTIFFS

v.                          No. 4:20-cv-191-DPM

STETSON COURIER, INC.,
and JOHN STETSON                                                          DEFENDANTS

## JUDGMENT

1.  The Court held a four-day bench trial in Little Rock in this case and related case No. 3:21-cv-218-DPM on 12 December 2022 through 16 December 2022. At the end of trial, from the bench the Court made various procedural rulings, decertified the collective, decided liability, decided that the named plaintiffs in each case had been damaged, and directed post-trial briefing with individual-specific calculations based on the evidence received at trial and argument on the amount of each plaintiff's damages. The Court entered an Order confirming these rulings. With the benefit of the parties' briefs and calculations, the Court entered a further Order on damages. And the Court now enters Judgment to capture all these rulings.

2.  Roy Holmes shall have judgment against Stetson Courier, Inc. and John Stetson, jointly and severally, for $19,612.73. Tina

Alexander shall have judgment against Stetson Courier, Inc. and John Stetson, jointly and severally, for $11,618.85. Patrick Norris shall have judgment against Stetson Courier, Inc. and John Stetson, jointly and severally, for $21,305.40. Melissa Garner shall have judgment against Stetson Courier, Inc. and John Stetson, jointly and severally, for $6,776.10.

3. All opt-in plaintiffs are dismissed without prejudice.

4. Holmes, Alexander, Norris, and Garner shall also have judgment against Stetson Courier, Inc. and John Stetson, jointly and severally, for a reasonable attorney's fee and costs as allowed by law. Motion for fees and costs due by 31 October 2023.

5. This Judgment shall bear interest at a rate of 5.46% until paid in full. 28 U.S.C. § 1961(a)-(b).

                                          *WMarshall Jr.*
                                          D.P. Marshall Jr.
                                          United States District Judge

                                          29 September 2023