| Date | Description | Price | Quantity |
|---|---|---|---|
| 2/16/2023 | Transcript Fee | | |
| 12/8/2022 | FedEx Print - Exhibit Binders re trial | | |
| 5/3/2022 | Correspondence Postage | $0.55 | 2 |
| 8/13/2021 | Transcript Fee to Bushman Court Reporting | | |
| 7/1/2021 | Postcard Fee to Posey Printing | | |
| 6/24/2021 | TLO | $8.90 | 1 |
| 8/17/2020 | APS Service Fee | | |
| 2/26/2020 | Filing Fee | $400.00 | 1 |
| Total | | $519.95 | 6 |

| Amount |
|---:|
| $4,500.00 |
| $2,834.48 |
| $1.10 |
| $287.75 |
| $49.05 |
| $8.90 |
| $220.00 |
| $400.00 |
| $8,477.78 |