IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROY HOLMES, TINA ALEXANDER,**  **PLAINTIFFS**
**PATRICK NORRIS and MELISSA GARNER,**
Each Individually and on Behalf
of All Others Similarly Situated

vs.                              No. 4:20-cv-191-DPM

**STETSON COURIER, INC.,**
**and JOHN STETSON**                              **DEFENDANTS**

## PLAINTIFFS' REPORT ON PAYMENTS

COME NOW Plaintiffs Roy Holmes, Tina Alexander, Patrick Norris, and Melissa Garner, by and through their undersigned counsel, and for their Report on Payments hereby state as follows:

1. This Report is being filed as a response to the Court's request in its 15 December 2023 Order, ECF No. 148. Plaintiffs' counsel apologizes to the Court for the untimeliness of this filing.

2. On 29 September 2023, this Court entered Judgment against Stetson Courier, Inc., and John Stetson, jointly and severally, on behalf of Roy Holmes, Tina Alexander, Patrick Norris, and Melissa Garner, in the amount of $19,612.73, $11,618.85, $21,305.40, and $6,776.10, respectively. (ECF No. 138).

3. On 27 October 2023, Plaintiffs filed a Motion for Costs and Attorneys' Fees in the amount of $123,462.78. (ECF No. 141).

4. On 15 December 2023, this Court granted Plaintiffs' Motion for Costs and Attorneys Fees in part, awarding an amount of $75,510.01. (ECF No. 148).

5.	This Court further requested that the Parties file a report on any payments made to date.

6.	Beginning on 19 December 2023, Defendants have made weekly payments of $1,000.00 toward the total amount owed to Plaintiffs.

7.	To date, Plaintiffs have received 9 payments of $1,000.00.

8.	All payments are being distributed first to Plaintiffs for their Judgment amounts, and Plaintiffs' counsel has allotted none of the payments to the award of attorneys' fees and costs.

9.	Plaintiffs remain unsatisfied with the amount of the weekly payments and would prefer immediate payment of the owed sum.

Respectfully submitted,

**ROY HOLMES, TINA ALEXANDER, PATRICK NORRIS and MELISSA GARNER, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com