IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROY HOLMES, TINA ALEXANDER,**                               **PLAINTIFFS**
**and PATRICK NORRIS, and MELISSA GARNER,**
**Each individually and on Behalf of All**
**Others Similarly Situated**

vs.                                    Case No. 4:20-cv-191-DPM

**STETSON COURIER, INC.**                                      **DEFENDANTS**
**and JOHN STETSON**

## RESPONSE IN OPPOSITION TO MOTION REOPEN DISCOVERY

Defendants Stetson Courier, Inc. and John Stetson, (collectively, Defendants), by and through their attorneys, ROSE LAW FIRM, A PROFESSIONAL ASSOCIATION, and for their Report in an effort to comply with Paragraph 5 of the Court's December 15, 2023 Order (ECF No. 148), state:

1. On December 15, 2023, the Court entered its Order that *inter alia* requested the parties file a joint report on the structure of Defendants' payment plan and any payments made to date by January 15, 2024. ECF No. 148, ¶ 5.

2. Plaintiffs Roy Holmes, Tina Alexander, Patrick Norris, and Melissa Garner filed a Report on Payments on January 26, 2024. ECF No. 149.

3. Defendants likewise apologize for the untimeliness of this filing. *See* ECF No. 149, ¶ 1.

4. On or about November 11, 2023, Defendants proposed payment of $1,000 per week until the judgment is satisfied. *See* ECF No. 146, ¶ 2.

5. Counsel for Plaintiffs provided Defendants with trust account information for purposes of payment.

6. Plaintiffs represent that Defendants have, in fact, been submitting weekly payments in accordance with the proposal. *See* ECF No. 149, ¶ 6.[1]

7. Defendants' payment of $1,000 per week is consistent with the amount Defendants proposed to Plaintiffs to pay in satisfaction of the judgment and which Plaintiffs have accepted.

8. Defendants represented to undersigned counsel that payment of $1,000 per week is the amount Defendants can afford pay.

Respectfully submitted,

Alexander D. Clark, Ark. Bar No. 2017112
**ROSE LAW FIRM, P.A.**
120 East Fourth Street
Little Rock, AR 72201
Phone: (501) 375-9131
Fax: (501) 375-1309
Email: aclark@roselawfirm.com

**ATTORNEYS FOR DEFENDANTS**

---

[1] Defendants note that the current week is the seventh week since the week of December 19, 2023, yet he has made nine payments.