

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROY HOLMES, TINA ALEXANDER,
PATRICK NORRIS and MELISSA GARNER,
Each Individually and on Behalf
of All Others Similarly Situated                                                     PLAINTIFFS

vs.                                  No. 4:20-cv-191-DPM

STETSON COURIER, INC.,
and JOHN STETSON                                                                     DEFENDANTS

J.P. MORGAN CHASE BANK                                                               GARNISHEE

## ALLEGATIONS AND INTERROGATORIES

Plaintiffs Roy Holmes, Tina Alexander, Patrick Norris, and Melissa Garner, by and through their attorneys of Sanford Law Firm, PLLC, hereby state these Allegations and Interrogatories to Garnishee prerequisite to garnishment herein:

## ALLEGATIONS

1.  As of 15 December 2023, Roy Holmes, Tina Alexander, Patrick Norris, Melissa Garner, James Kenley, and the Sanford Law Firm were awarded Judgments against Defendants Stetson Courier, and John Stetson, in the total amounts of $59,313.08 in damages and $75,510.01 in attorneys' fees and costs, for a total of $134,823.09.

2.  The Judgments are now partially outstanding and in full force and effect. $126,007.50 remains unpaid as of 20 February 2024. This amount consists of the unpaid portion of the Judgments of $124,323.57, plus awarded interest of 5.46% per annum in the total accrued amount of $1,683.93.

3.      Plaintiff believes that Garnishee is indebted to one or more Defendants or has in its possession goods, moneys, credits, promissory notes, accounts, or effects belonging to one or more Defendants. Therefore, Plaintiff propounds the following interrogatories to Garnishee:

## INTERROGATORIES

1.      Do you have in your possession, constructive or actual, on or after the service of the Writ of Garnishment upon you, any goods, chattels, monies, credit, or effects belonging to Stetson Courier, Inc., and/or John Stetson?

2.      If so, what is the nature and value thereof?

Respectfully submitted,

**ROY HOLMES, TINA ALEXANDER,
PATRICK NORRIS and MELISSA
GARNER, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com