IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROY HOLMES, TINA ALEXANDER,**                                    **PLAINTIFFS**
**PATRICK NORRIS and MELISSA GARNER,**
**Each Individually and on Behalf**
**of All Others Similarly Situated**

vs.                                    No. 4:20-cv-191-DPM

**STETSON COURIER, INC.,**
**and JOHN STETSON**                                                **DEFENDANTS**

## PLAINTIFFS' SECOND REPORT ON PAYMENTS

Plaintiffs Roy Holmes, Tina Alexander, Patrick Norris, and Melissa Garner, by and through their undersigned counsel, for their Second Report on Payments hereby state as follows:

1. This Report is being filed as a response to the Court's request in its 21 February 2024 Text Only Order, ECF No. 153.

2. Since the filing of Plaintiffs' Writ of Garnishment, *see* ECF No. 152, Defendants have made 1 payment of $250.00. Plaintiffs continue to be unsatisfied with the rate of payments.

3. All payments are being distributed first to Plaintiffs for their Judgment amounts, and Plaintiffs' counsel has allotted none of the payments to the award of attorneys' fees and costs.

4. J.P. Morgan Chase Bank have not yet filed an Answer to Plaintiffs' Writ of Garnishment.

Respectfully submitted,

**ROY HOLMES, TINA ALEXANDER, PATRICK NORRIS and MELISSA GARNER, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com