IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROY HOLMES, TINA ALEXANDER,**                                  **PLAINTIFFS**
**and PATRICK NORRIS, and MELISSA GARNER,**
**Each individually and on Behalf of All**
**Others Similarly Situated**

**vs.**                           Case No. 4:20-cv-191-DPM

**STETSON COURIER, INC.**                                             **DEFENDANTS**
**and JOHN STETSON**

## DEFENDANTS' SECOND STATUS REPORT ON PAYMENTS

Defendants Stetson Courier, Inc. and John Stetson, (collectively, Defendants), by and through their attorneys, ROSE LAW FIRM, A PROFESSIONAL ASSOCIATION, and for their Second Status Report on Payments, state:

1. On February 21, 2024, the Court issued its Order instructing the Parties to submit status reports by March 20, 2024. ECF No. 153.

2. Defendants agree with Plaintiffs' representation that, since the filing of Plaintiffs' Writ of Garnishment, Defendants have made one payment of $250.00.

3. However, Defendants represented to undersigned counsel that the amounts being paid to satisfy the judgment are based on the changing financial ability of Defendants, and that Defendants will increase payment amounts when it can afford to do so.

                                                             Respectfully submitted,

                                                             Alexander D. Clark, Ark. Bar No. 2017112
                                                            **ROSE LAW FIRM, P.A.**
                                                            120 East Fourth Street
                                                            Little Rock, AR 72201
                                                            Phone: (501) 375-9131
                                                            Fax: (501) 375-1309
                                                            Email: aclark@roselawfirm.com
                                                            **ATTORNEYS FOR DEFENDANTS**