IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROY HOLMES, TINA ALEXANDER,**                        **PLAINTIFFS**
**PATRICK NORRIS and MELISSA GARNER,**
**Each Individually and on Behalf**
**of All Others Similarly Situated**

vs.                        No. 4:20-cv-191-DPM

**STETSON COURIER, INC.,**
**and JOHN STETSON**                        **DEFENDANTS**

## PLAINTIFFS' THIRD REPORT ON PAYMENTS

Plaintiffs Roy Holmes, Tina Alexander, Patrick Norris, and Melissa Garner, by and through their undersigned counsel, for their Third Report on Payments hereby state as follows:

1. This Report is being filed as a response to the Court's request in its 1 April 2024 Text Only Order, ECF No. 158.

2. Since the filing of Plaintiffs' Second Report on Payments, *see* ECF No. 156, Defendants have made no payments.

3. J. P. Morgan Chase Bank was served with a copy of the Writ of Garnishment on 20 February 2024, along with the Writ of Garnishment in related case *Hames, et al. v Stetson Courier, et al.*, Case No. 3:21-cv-218-DPM.

4. Plaintiffs remain of the opinion that reopening discovery is an appropriate avenue for potential resolution of the Parties' current impasse.

Respectfully submitted,

**ROY HOLMES, TINA ALEXANDER, PATRICK NORRIS and MELISSA GARNER, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com