IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROY HOLMES, TINA ALEXANDER,**                        **PLAINTIFFS**
**and PATRICK NORRIS, and MELISSA GARNER,**
Each individually and on Behalf of All
Others Similarly Situated

vs.                             Case No. -DPM

**STETSON COURIER, INC.**                            **DEFENDANTS**
**and JOHN STETSON**

## DEFENDANTS' STATUS REPORT ON PAYMENTS

Defendants Stetson Courier, Inc. and John Stetson, (collectively, Defendants), by and through their attorneys, ROSE LAW FIRM, A PROFESSIONAL ASSOCIATION, and for their Second Status Report on Payments, state:

1. Undesrigned counsel apologizes for the belated submission of this Status Report, but counsel is having difficulty making contact with Defendants.

2. Defendants have not communicated to undersigned counsel any change in their financial ability to satisfy the judgment.

3. However, undersigned counsel will supplement this Status Report as soon as he is able to get in contact with Defendants.

                                                      Respectfully submitted,

                                                      Alexander D. Clark, Ark. Bar No. 2017112
                                                      **ROSE LAW FIRM, P.A.**
                                                      120 East Fourth Street
                                                      Little Rock, AR 72201
                                                      Phone: (501) 375-9131
                                                      Fax: (501) 375-1309
                                                      Email: aclark@roselawfirm.com

                                                      **ATTORNEYS FOR DEFENDANTS**