# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### OFFICE OF THE CLERK

RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**TAMMY H. DOWNS**                                                                                                   (501) 604-5351
    CLERK

April 24, 2024

Alexander Clark
120 East Fourth Street
Little Rock, Arkansas 72201

Re:          Deficiency Filing #163, Status Report
              Case No. 4:20-CV-00191-DPM, Holmes et al v. Stetson Courier Inc

Dear Mr. Clark:

       The Clerk's office reviewed the above-referenced document, which was filed electronically, and found it to be deficient as follows:

       Lacks a correct case number (Local Rule 5.5(a)).

       To correct a document that has been filed, please email the corrected document in pdf format to the Clerk's office at clerksoffice@ared.uscourts.gov. **Do not refile the document.** The original document will remain on the docket, and the response time will run from the date of the original filing. Please electronically file a new supporting brief, corporate disclosure statement, or diversity disclosure statement.

                                                              Sincerely,

                                                               TAMMY H. DOWNS, CLERK

                                                           By:   J. Kornegay
                                                                      Deputy Clerk