IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **ROY HOLMES, TINA ALEXANDER,** and **PATRICK NORRIS,** and **MELISSA GARNER,** Each individually and on Behalf of All Others Similarly Situated | **PLAINTIFFS** |
| vs. | Case No. 4:20-cv-191-DPM |
| **STETSON COURIER, INC.** and **JOHN STETSON** | **DEFENDANTS** |

### DEFENDANTS' SUPPLEMENTAL STATUS REPORT ON PAYMENTS

Defendants Stetson Courier, Inc. and John Stetson, (collectively, Defendants), by and through their attorneys, ROSE LAW FIRM, A PROFESSIONAL ASSOCIATION, and for their Supplemental Status Report on Payments, state:

1. Undersigned counsel filed a status report on April 24, 2024, in which counsel informed the Court that he was having difficulty making contact with Defendants and would supplement the Status Report upon getting in contact with Defendants.

2. Undersigned counsel was able to contact Defendants and Defendants represented to counsel that they are unable to make payments, but hope to be able to restart payments soon.

Respectfully submitted,

Alexander D. Clark, Ark. Bar No. 2017112
**ROSE LAW FIRM, P.A.**
120 East Fourth Street
Little Rock, AR 72201
Phone: (501) 375-9131
Fax: (501) 375-1309
Email: aclark@roselawfirm.com

**ATTORNEYS FOR DEFENDANTS**