IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROY HOLMES, TINA ALEXANDER,**                                                           **PLAINTIFFS**
**and PATRICK NORRIS, and MELISSA GARNER,**
**Each individually and on Behalf of All**
**Others Similarly Situated**

**vs.**                                      Case No. 4:20-cv-191-DPM

**STETSON COURIER, INC.**                                                         **DEFENDANTS**
**and JOHN STETSON**

## NOTICE OF PRO SE PARTY'S CONTACT INFORMATION

      Alexander D. Clark (Counsel) of Rose Law Firm, a Professional Association, for his Notice of Pro Se Party's Contact Information, states:

      1.      On August 13, 2024, the Court granted, in part, Counsel's Renewed Motion to Withdraw, relieving Counsel as the lawyer for John Stetson, and instructing Counsel to file notice of Mr. Stetson's mailing address, telephone number, and email address by August 19, 2024. ECF No. 169.

      2.      In accordance with the Court's Order, Counsel provides the following notice of John Stetson's contact information:

      Mailing Address:      595 Bay Isles Road
                                       Longboat Key, Florida 34228

      Telephone Number:    (941) 899-5995

      Email Address:          jack@stetsoncourierinc.com

1

 Respectfully submitted,

Alexander D. Clark, Ark. Bar No. 2017112
**ROSE LAW FIRM, P.A.**
120 East Fourth Street
Little Rock, AR 72201
Phone: (501) 375-9131
Fax: (501) 375-1309
Email: aclark@roselawfirm.com

**ATTORNEY FOR DEFENDANTS**