IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROY HOLMES, TINA ALEXANDER,**                    **PLAINTIFFS**
**PATRICK NORRIS and MELISSA GARNER,**
**Each Individually and on Behalf**
**of All Others Similarly Situated**

vs.                          No. 4:20-cv-191-DPM

**STETSON COURIER, INC.,**
**and JOHN STETSON**                                  **DEFENDANTS**

## NOTICE OF ORAL DEPOSITION OF JOHN STETSON

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and to the Order dated 22 May 2024 (ECF No. 167), Plaintiffs, by and through their undersigned counsel, will take the oral deposition of John Stetson on the following date and time and at the following location:

| DATE & TIME | LOCATION |
|---|---|
| 16 August 2024, 10:00 a.m. Central time | 10800 Financial Centre Parkway, Suite 510, Little Rock, Arkansas 72211 |

Pursuant to Rule 30, the deposition will be done in-person and recorded stenographically by and before a Court Reporter and may also be recorded by audio or visual means.

Page 1 of 2
Roy Holmes, et al. v. Stetson Courier, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-191-DPM
Notice of Oral Deposition of John Stetson

Respectfully submitted,

**ROY HOLMES, TINA ALEXANDER, PATRICK NORRIS and MELISSA GARNER, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that a true and correct copy of the foregoing NOTICE OF DEPOSITION was served via email on July 15, 2024, to the attorneys listed below:

Alexander D. Clark
ROSE LAW FIRM, P.A.
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 375-9131
aclark@roselawfirm.com
*Attorney for Defendants*

/s/ *Josh Sanford*
**Josh Sanford**

Page 2 of 2
Roy Holmes, et al. v. Stetson Courier, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-191-DPM
Notice of Oral Deposition of John Stetson