IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROY HOLMES, TINA ALEXANDER,**  **PLAINTIFFS**
**PATRICK NORRIS and MELISSA GARNER,**
**Each Individually and on Behalf**
**of All Others Similarly Situated**

vs.                               No. 4:20-cv-191-DPM

**STETSON COURIER, INC.,**
**and JOHN STETSON**                                **DEFENDANTS**

## REPORT ON PAYMENTS AND DISCOVERY

Plaintiffs Roy Holmes, Tina Alexander, Patrick Norris, and Melissa Garner, and Defendant Stetson Courtier, Inc., by and through their undersigned counsel, for their Report on Payments and Discovery hereby state as follows:

1. This Report is being filed as a response to the Court's request in its 22 May 2024 Text Only Order, ECF No. 167.

2. Since the filing of Plaintiffs' Third Report on Payments, ECF No. 162, Defendants have made no payments.

3. On 21 May 2024, in the related matter of *Hames, et al. v Stetson Courier, et al.*, Case No. 3:21-cv-218-DPM, this Court granted Plaintiffs' Motion for Disbursement of Funds, ECF No. 49, and entered an Order directing Garnishee J.P. Morgan Chase Bank to pay $1,730.65 to the plaintiffs, care of their lawyers, Sanford Law Firm, PLLC. ECF No. 51. To date, Garnishee has not disbursed those funds to Plaintiffs' lawyers.

4. Plaintiffs served Defendants with their First Sets of Post-Judgment Interrogatories and Requests for Production of Documents on 7 June 2024, and

Page 1 of 2
Roy Holmes, et al. v. Stetson Courier, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-191-DPM
Report on Payments and Discovery

Defendants served their responses on 19 July 2024. Plaintiffs also served Defendant John Stetson with a Notice of Deposition on 15 July 2024. The deposition was to be conducted at Plaintiffs' counsel's office on 16 August 2024. Defendant John Stetson failed to appear at the properly noticed deposition.

5.      Currently pending is Plaintiffs' Motion to Extend the Post-Judgment Discovery Deadline and Compel Deposition Appearance. ECF No. 171.

6.      Defendant John Stetson was emailed a draft of this report by Plaintiffs' counsel and was asked for his input, but he did not provide a response.

Respectfully submitted,

**ROY HOLMES, TINA ALEXANDER, PATRICK NORRIS and MELISSA GARNER, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and   DEFENDANT STETSON COURIER, INC.**

*/s/ Alexander D. Clark (w/permission)*
Alexander D. Clark, Ark. Bar No. 2017112
**ROSE LAW FIRM, P.A.**
120 East Fourth Street
Little Rock, AR 72201
Phone: (501) 3754-9131
Fax: (501) 375-1309
aclark@roselawfirm.com

Page 2 of 2
Roy Holmes, et al. v. Stetson Courier, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-191-DPM
Report on Payments and Discovery