IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROY HOLMES; TINA ALEXANDER;
PATRICK NORRIS; and MELISSA
GARNER                                                                                          PLAINTIFFS

v.                              No. 4:20-cv-191-DPM

STETSON COURIER, INC.,
and JOHN STETSON                                                                        DEFENDANTS

ORDER

Motion, *Doc. 171*, granted as modified. Post-judgment discovery deadline extended to 20 December 2024. John Stetson must appear for the rescheduled deposition. The Court orders Stetson to appear at the Rose Law Firm on 18 October 2024 at 1:00 p.m. Central Time, at 10800 Financial Centre Parkway, Suite 510, Little Rock, Arkansas 72211 for his deposition.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 September 2024