IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROY HOLMES; TINA ALEXANDER;
PATRICK NORRIS; and MELISSA
GARNER                                                                                  PLAINTIFFS

v.                              No. 4:20-cv-191-DPM

STETSON COURIER, INC.,
and JOHN STETSON                                                              DEFENDANTS

## AMENDED ORDER

The Court made an error in its recent order about Stetson's deposition, *Doc. 173*. The Court misnamed the deposition location: It will be at the Sanford Law Firm, not the Rose Law Firm. Motion, *Doc. 171*, granted as modified. Post-judgment discovery deadline extended to 20 December 2024. John Stetson must appear for the rescheduled deposition. The Court orders Stetson to appear at the Sanford Law Firm on 18 October 2024 at 1:00 p.m. Central Time, at 10800 Financial Centre Parkway, Suite 510, Little Rock, Arkansas 72211 for his deposition.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2024