Case: 4:20-cv-00191-DPM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 11 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

JOHN STETSON
595 BAY ISLES ROAD
LONGBOAT KEY FL 34228

---

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE
SUITE A-149
LITTLE ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

LITTLE ROCK AR 720
27 SEP 2024 PM 4 L



neopost
09/27/2024
US POSTAGE  $00.69⁰

FIRST-CLASS MAIL
ZIP 72201
041L11248479

2024 OCT 11 A 9:51

JOHN STETSON
595 BAY ISLES ROAD
LONGBOAT KEY FL 34228

VAC
34228~~-31493~~99

NIXIE       339  DE 1       0010/06/24
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 72201339919      *2057-04909-27-37

---

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE
SUITE A-149
LITTLE ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

LITTLE ROCK AR 720
20 SEP 2024 PM 3 L



neopost
09/20/2024
US POSTAGE  $00.69⁰

FIRST-CLASS MAIL
ZIP 72201
041L11248479

2024 OCT 11 A 9:51

JOHN STETSON
595 BAY ISLES ROAD
LONGBOAT KEY FL 34228

NSN
34228~~-31493~~99

NIXIE       339  DE 1       0010/06/24
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 72201339919      *0755-00340-20-38