Case: 4:20-cv-00191-DPM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 28 2024

TAMMY H. DOWNS, CLERK
By: _____
                    DEP CLERK

JOHN STETSON
595 BAY ISLES ROAD
LONGBOAT KEY FL 34228

---

) STATES DISTRICT COURT
CLERK'S OFFICE
ARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE
SUITE A-149
ROCK, ARKANSAS 72201-3325

**OFFICIAL BUSINESS**



US POSTAGE PITNEY BOWES
FIRST-CLASS NONAUTO PRSRT LTR
ZIP 72117 $ 000.63
02 7W
0008030773 OCT 10 2024

2024 OCT 22

NIXIE        339   DE 1278      0210/22/24
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 72201332999    *2574-00808-22-12

075 IAZOSMM 34228