IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROY HOLMES, TINA ALEXANDER,**  **PLAINTIFFS**
**PATRICK NORRIS and MELISSA GARNER,**
**Each Individually and on Behalf**
**of All Others Similarly Situated**

vs.                    No. 4:20-cv-191-DPM

**STETSON COURIER, INC.,**
**and JOHN STETSON**                    **DEFENDANTS**

## REPORT ON PAYMENTS AND DEPOSITION

Plaintiffs Roy Holmes, Tina Alexander, Patrick Norris, and Melissa Garner, and Defendant Stetson Courtier, Inc., by and through their undersigned counsel, for their Report on Payments and Deposition hereby state as follows:

1. This Report is being filed as a response to the Court's request in its 10 October 2024 Text Only Order, ECF No. 175.

2. Plaintiffs last Status Report was on 13 September 2024, ECF No. 172. Since then, Defendants have made no payments, nor have they attempted to contact Plaintiffs' counsel regarding their outstanding judgment.

3. John Stetson did not appear for his rescheduled deposition on 18 October 2024, as ordered by the Court. ECF No. 174. Mr. Stetson has provided no explanation for his nonappearance or otherwise attempted to communicate with Plaintiffs' counsel regarding this matter.

4. Plaintiffs file contemporaneously herewith a motion for sanctions and request for writ of body attachment.

Page 1 of 2
Roy Holmes, et al. v. Stetson Courier, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-191-DPM
Report on Payments and Deposition

Respectfully submitted,

**ROY HOLMES, TINA ALEXANDER, PATRICK NORRIS and MELISSA GARNER, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 2 of 2**
**Roy Holmes, et al. v. Stetson Courier, Inc., et al.**
**U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-191-DPM**
**Report on Payments and Deposition**