```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 EASTERN DISTRICT OF ARKANSAS
 3                       CENTRAL DIVISION
 4
 5     ROY HOLMES; TINA ALEXANDER;
 6
 7     PATRICK NORRIS; and MELISSA
 8
 9     GARNER                                    PLAINTIFFS
10
11     VS.              CASE NO. 4:20-cv-191-DPM
12
13     STETSON COURIER, INC.,
14
15     and JOHN STETSON                          DEFENDANTS
16
17
18
19                    RECORD OF NONAPPEARANCE
20
21                             OF
22
23                        JOHN STETSON
24
25          (Taken October 18, 2024, at 1:18 p.m.)
```

Page 1

```
 1                      APPEARANCES
 2
 3
 4     ON BEHALF OF THE PLAINTIFFS:
 5
 6
 7
 8          SEAN SHORT, ESQUIRE
 9          SANFORD LAW FIRM
10          10800 FINANCIAL CENTRE PARKWAY, SUITE 510
11          LITTLE ROCK, ARKANSAS 72211
12          (800)615-4946
13          sean@sanfordlaw.com
14
15
16     ON BEHALF OF THE DEFENDANT STETSON COURIER, INC.:
17
18
19
20          ALEXANDER CLARK, ESQUIRE (via phone)
21          ROSE LAW FIRM
22          120 EAST FOURTH STREET
23          LITTLE ROCK, ARKANSAS 72201
24          (501)375-1309
25          aclark@roselawfirm.com
```

```
 1                          INDEX
 2
 3      STYLE AND NUMBER ................................. 1
 4
 5      APPEARANCES ...................................... 2
 6
 7      CAPTION .......................................... 4
 8
 9      RECORD OF NONAPPEARANCE .......................... 5
10
11      COURT REPORTER'S CERTIFICATE ..................... 7
12
13
14
15                         EXHIBITS
16
17      PLAINTIFFS'                                  MARKED
18
19          Exhibit 1 - Document Number 173 ............. 5
20
21          Exhibit 2 - Document Number 174 ............. 5
22
23
24
25
                                                     Page 3
```

```
 1                          CAPTION
 2
 3        THEREUPON,
 4                        JOHN STETSON,
 5        FAILED TO APPEAR at the office of Sanford Law Firm, 10800
 6   Financial Centre Parkway, Little Rock, Arkansas, to give sworn
 7   testimony before me, Chelcie Lewis, Arkansas Supreme Court
 8   Certified Court Reporter #920.
 9
10                       *  *  *  *  *  *  *  *  *
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                              Page 4
```

```
 1                         PROCEEDINGS
 2                     RECORD ON NONAPPEARANCE
 3           MR. SHORT:  This is Sean Short, counsel for plaintiff
 4   Roy Holmes et al, here for the notice of oral deposition of
 5   John Stetson.  By order of the Court, Document Number 173 and
 6   amended order Document Number 174, John Stetson was ordered to
 7   appear for his rescheduled deposition at Sanford Law Firm on
 8   18 October 2024, at 1:00 p.m. Central Time for his deposition.
 9           It is now 1:19 p.m. and Mr. Stetson is not present.
10   This deposition comes after Mr. Stetson was previously noticed
11   to give his deposition in this case on Friday, 16 of August
12   2024, beginning at 10:00 a.m. at Sanford Law Firm, and he did
13   not appear.
14           For the record, plaintiffs have marked Document
15   Number 173, which is the order granting the motion to extend
16   the post-judgment discovery deadline as Exhibit 1; and Document
17   Number 174, which is the amended order correcting the name of
18   the deposition location as Exhibit 2.
19           (WHEREUPON, the document was marked as Exhibit
20   Number 1 and is attached hereto.)
21           (WHEREUPON, the document was marked as Exhibit
22   Number 2 and is attached hereto.)
23           MR. SHORT:  Plaintiffs reserve the right to seek
24   costs and fees associated with Mr. Stetson's nonappearance
25   today and any other sanctions which may be appropriate under
```

```
 1   Rule 37.  And that's all I have.
 2             Alex, do you want to say anything or are you good?
 3             MR. CLARK:  No, I don't have anything.  I just want
 4   to make sure as far as how it's listed, I'm -- I represent
 5   Stetson Courier, the entity, but I do not represent
 6   John Stetson in his individual capacity.
 7             MR. SHORT:  All right.  Well, I think that will wrap
 8   up things today.
 9             MR. CLARK:  All right.  I appreciate it very much.
10             MR. SHORT:  Thanks, Alex.
11             (WHEREUPON, the proceedings in the matter were
12   concluded at 1:20 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 6

```
1                         CERTIFICATE

2         STATE OF ARKANSAS   )

3                            )ss

4         COUNTY OF GARLAND   )

5         I, Chelcie Lewis, Arkansas Court Reporter #920 do hereby

6    that the facts stated by me in the caption on the foregoing

7    proceedings are true; and that the foregoing proceedings were

8    reported verbatim through the use of the voice-writing method

9    and thereafter transcribed by me or under my direct supervision

10   to the best of my ability, taken at the time and place set out

11   on the caption hereto.

12        I FURTHER CERTIFY, that I am not a relative or employee of

13   any attorney or employed by the parties hereto, nor financially

14   interested or otherwise, in the outcome of this action, and

15   that I have no contract with the parties, attorneys, or persons

16   with an interest in the action that affects or has a

17   substantial tendency to affect impartiality, that requires me

18   to relinquish control of an original transcript or copies of

19   the transcript before it is certified and delivered to the

20   custodial attorney,  or that requires me to provide any service

21   not made available to all parties to the action.

22

23              WITNESS MY HAND AND SEAL this 25th day of October,

24

25   2024.
```

Page 7

*LaNita J. Cormier*

Chelcie Lewis

Arkansas State Supreme Court

Court Reporter #920

[1 - employee]

| 1 | 6 | 7:2,5 8:5 | **correcting** 5:17 |
|---|---|---|---|
| **1** 3:3,19 5:16 5:20 | **615-4946** 2:12 | **associated** 5:24 | **costs** 5:24 |
| **10800** 2:10 4:5 | **7** | **attached** 5:20 5:22 | **counsel** 5:3 |
| **10:00** 5:12 | **7** 3:11 | **attorney** 7:13 7:20 | **county** 7:4 |
| **120** 2:22 | **72201** 2:23 | **attorneys** 7:15 | **courier** 1:13 2:16 6:5 |
| **16** 5:11 | **72211** 2:11 | **august** 5:11 | **court** 1:1 3:11 4:7,8 5:5 7:5 8:5,7 |
| **173** 3:19 5:5,15 | **8** | **available** 7:21 | |
| **174** 3:21 5:6,17 | **800** 2:12 | **b** | **custodial** 7:20 |
| **18** 1:25 5:8 | **9** | **beginning** 5:12 | **cv** 1:11 |
| **191** 1:11 | **920** 4:8 7:5 8:7 | **behalf** 2:4,16 | **d** |
| **1:00** 5:8 | **a** | **best** 7:10 | **day** 7:23 |
| **1:18** 1:25 | **a.m.** 5:12 | **c** | **deadline** 5:16 |
| **1:19** 5:9 | **ability** 7:10 | **capacity** 6:6 | **defendant** 2:16 |
| **1:20** 6:12 | **aclark** 2:25 | **caption** 3:7 4:1 7:6,11 | **defendants** 1:15 |
| **2** | **action** 7:14,16 7:21 | **case** 1:11 5:11 | **delivered** 7:19 |
| **2** 3:5,21 5:18 5:22 | **affect** 7:17 | **central** 1:3 5:8 | **deposition** 5:4 5:7,8,10,11,18 |
| **2024** 1:25 5:8 5:12 7:25 | **affects** 7:16 | **centre** 2:10 4:6 | **direct** 7:9 |
| **21878** 8:1 | **al** 5:4 | **certificate** 3:11 7:1 | **discovery** 5:16 |
| **25th** 7:23 | **alex** 6:2,10 | **certified** 4:8 7:19 | **district** 1:1,2 |
| **3** | **alexander** 1:5 2:20 | **certify** 7:12 | **division** 1:3 |
| **37** 6:1 | **amended** 5:6 5:17 | **chelcie** 4:7 7:5 8:3 | **document** 3:19 3:21 5:5,6,14 5:16,19,21 |
| **375-1309** 2:24 | **appear** 4:5 5:7 5:13 | **clark** 2:20 6:3,9 | **dpm** 1:11 |
| **4** | **appearances** 2:1 3:5 | **comes** 5:10 | **e** |
| **4** 3:7 | **appreciate** 6:9 | **concluded** 6:12 | **east** 2:22 |
| **4:20** 1:11 | **appropriate** 5:25 | **contract** 7:15 | **eastern** 1:2 |
| **5** | **arkansas** 1:2 2:11,23 4:6,7 | **control** 7:18 | **employed** 7:13 |
| **5** 3:9,19,21 | | **copies** 7:18 | **employee** 7:12 |
| **501** 2:24 | | | |
| **510** 2:10 | | | |

**[entity - sanfordlaw.com]**

| | | | |
|---|---|---|---|
| **entity**  6:5 | **i** | **norris**  1:7 | **previously**  5:10 |
| **esquire**  2:8,20 | **impartiality**  7:17 | **notice**  5:4 | **proceedings**  5:1 6:11 7:7,7 |
| **et**  5:4 | **index**  3:1 | **noticed**  5:10 | **provide**  7:20 |
| **exhibit**  3:19,21  5:16,18,19,21 | **individual**  6:6 | **number**  3:3,19 3:21 5:5,6,15 5:17,20,22 | **r** |
| **exhibits**  3:15 | **interest**  7:16 | **o** | **record**  1:19 3:9 5:2,14 |
| **extend**  5:15 | **interested**  7:14 | **october**  1:25 5:8 7:23 | **relative**  7:12 |
| **f** | **j** | **office**  4:5 | **relinquish**  7:18 |
| **facts**  7:6 | **john**  1:15,23 4:4 5:5,6 6:6 | **oral**  5:4 | **reported**  7:8 |
| **failed**  4:5 | **judgment**  5:16 | **order**  5:5,6,15 5:17 | **reporter**  4:8 7:5 8:7 |
| **far**  6:4 | **l** | **ordered**  5:6 | **reporter's**  3:11 |
| **fees**  5:24 | **law**  2:9,21 4:5 5:7,12 | **original**  7:18 | **represent**  6:4,5 |
| **financial**  2:10 4:6 | **lewis**  4:7 7:5 8:3 | **outcome**  7:14 | **requires**  7:17 7:20 |
| **financially**  7:13 | **listed**  6:4 | **p** | **rescheduled**  5:7 |
| **firm**  2:9,21 4:5 5:7,12 | **little**  2:11,23 4:6 | **p.m.**  1:25 5:8,9 6:12 | **reserve**  5:23 |
| **foregoing**  7:6,7 | **location**  5:18 | **parkway**  2:10 4:6 | **right**  5:23 6:7,9 |
| **fourth**  2:22 | **m** | **parties**  7:13,15 7:21 | **rock**  2:11,23 4:6 |
| **friday**  5:11 | **made**  7:21 | **patrick**  1:7 | **rose**  2:21 |
| **further**  7:12 | **make**  6:4 | **persons**  7:15 | **roselawfirm....**  2:25 |
| **g** | **marked**  3:17 5:14,19,21 | **phone**  2:20 | **roy**  1:5 5:4 |
| **garland**  7:4 | **matter**  6:11 | **place**  7:10 | **rule**  6:1 |
| **garner**  1:9 | **melissa**  1:7 | **plaintiff**  5:3 | **s** |
| **give**  4:6 5:11 | **method**  7:8 | **plaintiffs**  1:9 2:4 3:17 5:14 5:23 | **sanctions**  5:25 |
| **good**  6:2 | **motion**  5:15 | **post**  5:16 | **sanford**  2:9 4:5 5:7,12 |
| **granting**  5:15 | **n** | **present**  5:9 | **sanfordlaw.c...**  2:13 |
| **h** | **name**  5:17 | | |
| **hand**  7:23 | **nonappearance**  1:19 3:9 5:2,24 | | |
| **hereto**  5:20,22 7:11,13 | | | |
| **holmes**  1:5 5:4 | | | |

**[seal - writing]**

| | |
|---|---|
| **seal** 7:23　　**sean** 2:8,13 5:3　　**seek** 5:23　　**service** 7:20　　**set** 7:10　　**short** 2:8 5:3,3　　　5:23 6:7,10　　**signature** 8:1　　**ss** 7:3　　**state** 7:2 8:5　　**stated** 7:6　　**states** 1:1　　**stetson** 1:13,15　　　1:23 2:16 4:4　　　5:5,6,9,10 6:5,6　　**stetson's** 5:24　　**street** 2:22　　**style** 3:3　　**substantial**　　　7:17　　**suite** 2:10　　**supervision** 7:9　　**supreme** 4:7　　　8:5　　**sure** 6:4　　**sworn** 4:6 | **tina** 1:5　　**today** 5:25 6:8　　**transcribed** 7:9　　**transcript** 7:18　　　7:19　　**true** 7:7 |
| | **u** |
| | **under** 5:25 7:9　　**united** 1:1　　**use** 7:8 |
| | **v** |
| | **verbatim** 7:8　　**voice** 7:8　　**vs** 1:11 |
| | **w** |
| | **want** 6:2,3　　**witness** 7:23　　**wrap** 6:7　　**writing** 7:8 |
| **t** | |
| **taken** 1:25 7:10　　**tendency** 7:17　　**testimony** 4:7　　**thanks** 6:10　　**things** 6:8　　**think** 6:7　　**time** 5:8 7:10 | |