IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROY HOLMES, TINA ALEXANDER,**                                                      **PLAINTIFFS**
**and PATRICK NORRIS, and MELISSA GARNER,**
**Each individually and on Behalf of All**
**Others Similarly Situated**

**vs.**                                               Case No. 4:20-cv-191-DPM

**STETSON COURIER, INC.**                                                  **DEFENDANTS**
**and JOHN STETSON**

## STATUS REPORT

Defendant Stetson Courier, Inc. (Stetson Courier), by and through its attorneys, Rose Law Firm, a Professional Association, and for its Status Report, states:

1. On October 9, 2024, the Court ordered Plaintiffs to file an updated status report by November 8, 2024, regarding payments and if John Stetson appeared at the scheduled deposition. ECF No. 175.

2. On November 8, 2024, Plaintiffs filed their Report on Payments and Deposition, in which Plaintiffs stated, among other things: (a) Defendants have made no payments, nor have they attempted to contact Plaintiff's counsel regarding their outstanding judgment; and (b) Mr. Stetson did not appear for his deposition. *See* ECF No. 178, ¶¶ 2–3.

3. Stetson Courier files this Status Report to clarify assertions made in Plaintiffs' Report.

4. Mr. Stetson is the corporate representative for Stetson Courier. However, as undersigned counsel represented to the Court in its Renewed Motion to Withdraw as Counsel, attempts to contact Mr. Stetson have been unsuccessful. As such, undersigned counsel is unable to

competently communicate with Plaintiffs' counsel on behalf of Stetson Courier regarding payments, discovery, or other issues.

5. However, Stetson Courier, through its counsel, *has* been in contact with counsel for Plaintiffs regarding this matter.

6. Stetson Courier joined in the Report of Payments and Discovery submitted to the Court on September 13, 2024. *See* ECF No. 172.

7. Undersigned counsel also appeared on behalf of Stetson Courier at the deposition of Mr. Stetson.

Respectfully submitted,

Alexander D. Clark, Ark. Bar No. 2017112
**ROSE LAW FIRM, P.A.**
120 East Fourth Street
Little Rock, AR 72201
Phone: (501) 375-9131
Fax: (501) 375-1309
Email: aclark@roselawfirm.com

**ATTORNEY FOR DEFENDANT STETSON COURIER, INC.**