Case: 4:20-cv-00191-DPM

JOHN STETSON
595 BAY ISLES ROAD
LONGBOAT KEY FL 34228

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 07 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

STATES DISTRICT COURT
CLERK'S OFFICE
RD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL AVENUE
SUITE A-149
OCK, ARKANSAS 72201-3325
OFFICIAL BUSINESS

RECEIVED
US DISTRICT COURT
EASTERN DIST. ARKANSAS

2025 JAN -7 A 10: 03

TAMMY H DOWNS

LITTLE ROCK AR 720
20 DEC 2024 PM 3



quadient
FIRST-CLASS MAIL
IMI
$000.69
12/20/2024 ZIP 72201
043M31260289
US POSTAGE

NIXIE        339    DE 1          0012/28/24
       RETURN TO SENDER
       ATTEMPTED - NOT KNOWN
       UNABLE TO FORWARD

9400922374363400        ANK
              34228-314999
                 72201-3399

BC: 72201339919   *0755-12876-20-37