Case: 4:20-cv-00191-DPM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 3 2025

TAMMY H. DOWNS, CLERK
By: 
DEP CLERK

JOHN STETSON
595 BAY ISLES ROAD
LONGBOAT KEY FL 34228

---

STATES DISTRICT COURT
CLERK'S OFFICE
RD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE
SUITE A-149
ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

LITTLE ROCK AR 720
25 MAR 2025 PM 3 L

quadient
FIRST-CLASS MAIL
IMI
$000.97
03/25/2025 ZIP 72201
043M31260289
US POSTAGE

US DISTRICT COURT

2025 APR -3 A 10:03

TAMMY H DOWNS

NIXIE         339  DE 1         0003/30/25
            RETURN TO SENDER
         INSUFFICIENT ADDRESS
           UNABLE TO FORWARD

34228-99555    BC: 72201339919    *0755-03174-25-38
72201>3399