# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ROY HOLMES; TINA ALEXANDER;
PATRICK NORRIS; and MELISSA
GARNER, Each Individually and on
Behalf of All Others Similarly Situated            PLAINTIFFS

v.            No. 4:20-cv-191-DPM

STETSON COURIER, INC., and JOHN
STETSON            DEFENDANTS

## ORDER

John Stetson's mail has been returned as undeliverable. *Doc. 185*. If any party has any information about his whereabouts or contact information, please file it by 25 April 2025. The Court directs the plaintiffs to serve Stetson—by personal service—with a certified copy of the Court's Order, *Doc. 184*, no later than 5 May 2025. The plaintiffs must file proof of service.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2025