Case: 4:20-cv-00191-DPM

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

MAY 0 1 2025

TAMMY H. DOWNS, CLERK

By: _____ DEP CLERK

JOHN STETSON
595 BAY ISLES ROAD
LONGBOAT KEY FL 34228

------------------------------------------------------

STATES DISTRICT COURT
CLERK'S OFFICE
ARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE
SUITE A-149
ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

LITTLE ROCK AR 720
19 APR 2025 AM 3

quadient
FIRST-CLASS MAIL
IMI
$000.69
04/18/2025 ZIP 72201
043M31260289
US POSTAGE

2025 MAY -1  A 10: 03

NSN —

9400 9223 7411 4450

34228-314999
72201>3399

NIXIE        339   DE 1              0004/26/23
          RETURN TO SENDER
          NO SUCH NUMBER
          UNABLE TO FORWARD

BC: 72201339919      *0755-00076-19-22