IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROY HOLMES, TINA ALEXANDER,**                                    **PLAINTIFFS**
**PATRICK NORRIS, and MELISSA GARNER,**
**Each Individually and on Behalf of**
**All Others Similarly Situated**


vs.                              Case No. 4:20-cv-191-DPM


**STETSON COURIER, INC.**                                    **DEFENDANTS**
**and JOHN STETSON**

### STATUS REPORT ON SERVICE OF DEFENDANT JOHN STETSON

Plaintiffs Roy Holmes, Tina Alexander, Patrick Norris, and Melissa Garner, by and through their attorneys of the Sanford Law Firm, PLLC, for their Status Report on Service of Defendant John Stetson, state as follows:

1.      Pursuant to the Court's Order, ECF No. 186, Plaintiffs obtained a certified copy of the Court's Order setting an in-person status conference for June 4, 2025, ECF No. 184, for service on John Stetson.

2.      The only address on file with the Court for Stetson is 595 Bay Isles Road, Longboat Key, Florida 34228, which is located in Sarasota County, Florida. However, mail sent to that address is consistently returned as undeliverable.

3.      Online search results indicate that the address is a two-story, multi-tenant office building. It does not appear to be mixed-use or to contain any residential units.

4.      In an effort to identify a valid address for service, Plaintiffs' counsel obtained a skip trace report, which listed multiple addresses associated with Stetson.

Page 1 of 3
Roy Holmes, et al. v. Stetson Courier, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-191-DPM
Status Report on Service of Defendant John Stetson

For the past ten years, every address linked to him has been located in either Sarasota County or neighboring Manatee County, Florida.

5.      The only address associated with Stetson since 2023 is a P.O. Box in Longboat Key, Florida, which has been linked to him since 2016.

6.      Prior to that, the skip trace identified a residential address in Bradenton, Florida (Manatee County), associated with Stetson from 2020 to 2023, and a residential address in Lakewood Ranch, Florida (also in Manatee County), associated with him from 2018 to 2021. The latter location is where Stetson was served when this lawsuit was initiated in 2020.

7.      In addition, Plaintiffs' counsel conducted a search of the property records in both Manatee and Sarasota Counties, which yielded no new information regarding Stetson's whereabouts.

8.      Plaintiffs' counsel hired a process server to attempt service at both the Bradenton address most recently linked to Stetson and the Lakewood Ranch address. The process server was informed by the current occupant of the Bradenton property that Stetson no longer resides there. Service was also unsuccessful at the Lakewood Ranch address.

9.      At this time, despite diligent efforts, Plaintiffs have been unable to identify a valid address for service or otherwise locate Defendant.

**Page 2 of 3**
**Roy Holmes, et al. v. Stetson Courier, et al.**
**U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-191-DPM**
**Status Report on Service of Defendant John Stetson**

Respectfully submitted,

**ROY HOLMES, TINA ALEXANDER,
PATRICK NORRIS and MELISSA
GARNER, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 3 of 3
Roy Holmes, et al. v. Stetson Courier, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-191-DPM
Status Report on Service of Defendant John Stetson