IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROY HOLMES; TINA ALEXANDER;
PATRICK NORRIS; and MELISSA
GARNER, Each Individually and on
Behalf of All Others Similarly Situated                PLAINTIFFS

v.                      No. 4:20-cv-191-DPM

STETSON COURIER, INC., and JOHN
STETSON                                                DEFENDANTS

## ORDER

The Court appreciates the plaintiffs' status report, *Doc. 188*. They have made great efforts to find Stetson. They have not succeeded, though. Stetson is entitled to notice of any hearing that may result in the extraordinary remedy plaintiffs seek. Plaintiffs must continue their diligent efforts to locate him and notify this Court when they do.

The 4 June 2025 hearing is cancelled. Further proceedings must await discovery of Stetson's whereabouts.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 May 2025