Case: 4:20-cv-00191-DPM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 11 2025

TAMMY H. DOWNS, CLERK
By:_____
                                        DEP CLERK

JOHN STETSON
595 BAY ISLES ROAD
LONGBOAT KEY FL 34228

-------------------------------------------------------

**STATES DISTRICT COURT**
CLERK'S OFFICE
RD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL AVENUE
SUITE A-149
OCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

LITTLE ROCK AR 720

29 MAY 2025PM 4

quadient

FIRST-CLASS MAIL
IMI
**$000.69**
05/28/2025 ZIP 72201
043M31260289

US POSTAGE

2025 JUN    A 9: 56

NIXIE        339   DE 1         0006/07/25
          RETURN TO SENDER
              UNCLAIMED
          UNABLE TO FORWARD

UNC        BC: 72201332999      *2057-03178-29-36
34228-314999